# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY; and KIRSTEN PARKIN,<br><br>*Appellants,*<br><br>v.<br><br>ROSA DiTUCCI, an individual; STEVEN R. LaROZA, an individual; DEBRA A. LaROZA, an individual; BRUCE I. ROSE, an individual; MAUREEN A. ROSE, an individual; SANFORD ROBERTS, an individual; HELAINE B. ROBERTS, an individual; RUSSELL E. HERTRICH, an individual; FRED JACOB, an individual; EDWARD A. HENNESSEY, an individual; RUSSELL E. HERTRICH REVOCABLE TRUST; SANFORD ROBERTS REVOCABLE TRUST; HELAINE B. ROBERTS REVOCABLE TRUST; THE FRED JACOB LIVING TRUST; EDWARD A. HENNESSEY 2001 REVOCABLE LIVING TRUST; CAMAC, INC, a Kansas Corporation; and BLUSH PROPERTY, LLC, a Florida Limited Liability Company,<br><br>*Appellees*. | Case No. 21-4120<br><br><br><br><br><br>**ENTRY OF APPEARANCE** |

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for First American Title Insurance Company and Kirsten Parkin, Appellants, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies that all interested parties have already been disclosed to the court.

Name: Douglas W. Henkin

Telephone: (212) 768-6832

Firm: Dentons US LLP

Email Address: douglas.henkin@dentons.com

Address:     1221 Avenue of the Americas
             New York, NY 10020

 /s Douglas W. Henkin                              October 18, 2021
Signature                                          Date

**CERTIFICATE OF SERVICE**

I, Douglas W. Henkin, attorney for appellant, hereby certify that on October 18, 2021, I served a copy of the foregoing **Entry of Appearance** via filing with this Court's electronic filing system to:

Wes Felix
Felix PLLC
68 South Main Street, Suite 800
Salt Lake City, UT 81401
wfelix@felixweinberg.com
Counsel for Appellees

/s *Douglas W. Henkin*
DOUGLAS W. HENKIN
DENTONS LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Tel: (212) 768-6832
douglas.henkin@dentons.com