# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

October 29, 2021

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:   21-04120
      DiTucci et al v. Ashby et al
      Lower Docket: 2:19cv00277 TC-JCB

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk

By:/s/Aimee Trujillo
Aimee Trujillo
Deputy Clerk

cc: Counsel of Record